IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01776-GPG

RICARDO CORTEZ,

    Applicant,

v.

RICK RAEMISCH, Executive Director CDOC; and
CYNTHIA H. COFFMAN, the Attorney General of the State of Colorado,

    Respondents.

---

## ORDER FOR STATE COURT RECORD AND TO ANSWER

---

After preliminary consideration of the application for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, IT IS ORDERED:

(1)    Within **thirty (30) days from the date of this order** the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in Weld County District Court Case No. 07CR1847, including all documents in the state court file and transcripts of all proceedings conducted in the state court, as well as any physical evidence that is relevant to the asserted claims;

(2)    Within **thirty (30) days from the date the state court record is provided to the Court**, Respondent(s) shall file an Answer conforming to the requirements of Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts; and

(3)    Within **thirty (30) days from the date the Respondents file an Answer,**

Applicant may file a Reply if he desires; and

  (4)  **The Clerk of the Court** is directed to send copies of this order to the following:

  (1)  Clerk of the Court
     Weld County District Court
     915 10th Street
     P.O. Box 2038 (80632)
     Greeley, CO 80631;

  (2)  Court Services Manager
     State Court Administrator's Office
     1300 Broadway
     Denver, Colorado 80203.

DATED August 31, 2015, at Denver, Colorado.

            BY THE COURT:

            s/ Gordon P. Gallagher

            United States Magistrate Judge